

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-25-00119-CR
_____

JOSHUA DEANDREA RAY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 24F0452-102

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

Joshua Deandrea Ray pled guilty to attempted possession of a controlled substance, and pursuant to a plea agreement, the trial court adjudicated him guilty, sentenced him to two years' incarceration, suspended the sentence, and placed him on probation for five years. His sentence was pronounced on June 4, 2024. On March 25, 2025, the State filed a motion to revoke Ray's community supervision. On or around August 15, 2025, Ray, acting pro se, filed several pleadings in the trial court. One of the pleadings was interpreted as a notice of appeal.

By letter dated September 18, 2025, this Court advised Ray that his notice of appeal did not comply with the requirements of Rule 25.1(d) of the Texas Rules of Appellate Procedure. More specifically, Ray's notice did not "state the date of the judgment or order appealed from." *See* TEX. R. APP. P. 25.1(d)(2). We also informed Ray that there were no appealable judgments or orders in the clerk's record filed with this Court, making us question our jurisdiction over this attempted appeal. We asked Ray to demonstrate within twenty days of the date of the letter how this Court had jurisdiction over this appeal. We warned Ray that if we did not receive an adequate response demonstrating our jurisdiction over the appeal, we would have no choice but to dismiss the appeal. We did not receive a response from Ray.

Because there is no appealable order or judgment in the record filed with this Court, we dismiss this appeal for want of jurisdiction.


Jeff Rambin
Justice

Date Submitted: November 5, 2025
Date Decided: November 6, 2025

Do Not Publish

2